⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Ohio

ISSUED

Earl Schneider

**SUMMONS IN A CIVIL CASE**

V.

MRS Associates

CASE NUMBER: 2:04-cv-357

TO: (Name and address of Defendant)

Manager or Officer
MRS Associates
6530 West Campus Oval, Suite 100
New Albany, Ohio 43054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy E. Gullifer
Graham, McClelland, and Ransbottom
P.O. Box 340
11 North 4th Street, 3rd Floor
Zanesville, Ohio 43701

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

7-22-04

CLERK            DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                   Date                     *Signature of Server*

                                      _____
                                      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.